UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY R. CHAMBERS,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT NEUCSHMID,<br><br>    Respondent. | Case No. 18-CV-04264 LHK (PR)<br><br>**ORDER OF DISMISSAL** |

Petitioner, a state prisoner proceeding *pro se*, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and a motion to proceed in forma pauperis. On October, 1, 2018, the court denied petitioner's motion for leave to proceed in forma pauperis and directed him to pay the $5.00 filing fee by October 29, 2018. The court warned petitioner that if he failed to pay the filing fee by October 29, 2018, the case would be dismissed without prejudice. The deadline has passed and petitioner has failed to pay the filing fee or have any further communication with the court. Accordingly, this case is dismissed without prejudice for failure to pay the filing fee.

**IT IS SO ORDERED.**

DATED:   11/20/2018

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

Case No. 18-CV-04264 LHK (PR)
ORDER OF DISMISSAL